full information, and that he was admonished by the Court that he would be 'well advised' to tell the probation authorities the whole story even though it might involve others."

*George F. Callaghan* for Gordon, and *Maurice J. Walsh* for MacLeod, petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney and Beatrice Rosenberg* for the United States.

No. 193. FORD MOTOR CO. *v.* HUFFMAN ET AL.; and

No. 194. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, CIO, *v.* HUFFMAN ET AL. C. A. 6th Cir. Certiorari granted. Motion for leave to file brief of Veterans of Foreign Wars of the United States, as *amicus curiae,* denied. *William T. Gossett, L. Homer Surbeck* and *Richard W. Hogue, Jr.* for petitioner in No. 193. *Lowell Goerlich* and *Sol Goodman* for petitioner in No. 194. *Samuel M. Rosenstein* for respondents. Briefs of *amici curiae* supporting the petition in No. 193 were filed by *Nicholas Kelley, Francis S. Bensel* and *Hancock Griffin, Jr.* for the Chrysler Corporation; and *George Morris Fay* for the Briggs Manufacturing Co. *Louis S. Lebo* filed a brief for the Electric Auto-Lite Co., as *amicus curiae,* supporting the petitions. Reported below: 195 F. 2d 170.

No. 238. NATIONAL LABOR RELATIONS BOARD *v.* GAMBLE ENTERPRISES, INC. C. A. 6th Cir. Certiorari granted. *Solicitor General Perlman* and *George J. Bott* for petitioner.

No. 9, Misc. WARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *James T. Wright* for petitioner. *Solicitor General Perlman, Assistant, Attorney General*

*McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 15, Misc. STEIN *v.* NEW YORK;

No. 16, Misc. WISSNER *v.* NEW YORK; and

No. 24, Misc. COOPER *v.* NEW YORK. Court of Appeals of New York. Certiorari granted limited to the question as to the admissibility of the confessions. *Philip J. O'Brien* and *Philip J. O'Brien, Jr.* for Stein; *I. Maurice Wormser, J. Bertram Wegman* and *Richard J. Burke* for Wissner; and *Peter L. F. Sabbatino* and *Thomas J. Todarelli* for Cooper, petitioners. *Burton C. Meighan* for respondent. Reported below: 303 N. Y. 856, 982, 104 N. E. 2d 917, 106 N. E. 2d 63.

No. 52, Misc. WELLS, ADMINISTRATRIX, *v.* SIMONDS ABRASIVE Co. C. A. 3d Cir. Certiorari granted limited to question No. 2 presented by the petition for the writ, *i. e.:*

"Does not the Pennsylvania Statute, as construed by the Court below, violate the Full Faith and Credit Clause of the United States Constitution?"

*Henry S. Drinker, Charles J. Biddle* and *Francis Hopkinson* for petitioner. *Philip Price* for respondent.

No. 45. PICKERILL ET AL. *v.* SCHOTT, DIRECTOR OF BEVERAGE DEPARTMENT. Supreme Court of Florida. Certiorari denied. *Nixon Butt* and *Frank J. Wideman* for petitioners. *Wm. Joe Sears, Jr.* and *A. H. Rothstein* for respondent.

No. 48. ALLEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *William B. Crawford* for petitioner.